UNITED STATES, Appellee

v

WALTER R. FOUST, JR., Private First Class,
U. S. Marine Corps, Appellant

20 USCMA 256, 43 CMR 96

No. 23,542

January 8, 1971

*Captain Paul A. Reichs,* USMCR, was on the pleadings for Appellant, Accused.

*Commander Michael F. Fasanaro, Jr.,* JAGC, USN, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

Failure of the appellant to place in writing his request to be tried by military judge alone renders invalid that proceeding as well as a subsequent rehearing on sentence, also heard by military judge alone, where a second request was reduced to writing. United States v Dean, 20 USCMA 212, 43 CMR 52 (1970). Accordingly, the decision of the United States Navy Court of Military Review is reversed. The findings of guilty and sentence are set aside. The record of trial is returned to the Judge Advocate General of the Navy. Another trial may be ordered.

Judge FERGUSON concurs.

QUINN, Chief Judge (dissenting):

I would affirm. See my dissent in United States v Dean, 20 USCMA 212, 43 CMR 52 (1970).